PORTABLE WATER SUPPLY SYSTEMS CO., LTD.,
Appellant,

v.

Andrew S. NATSIOS, Administrator, Agency for International Development, Appellee.

No. 02–1489.

United States Court of Appeals, Federal Circuit.

DECIDED: April 16, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

H.T. JOHNSON, Acting Secretary of the Navy, Appellant,

v.

CENTRON INDUSTRIES, INC., Appellee.

No. 03–1247.

United States Court of Appeals, Federal Circuit.

DECIDED: April 16, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).